Fill in this information to identify the case:

Debtor 1   Carter Williams, III
           dba CW III Computer Services
           _____

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the <u>EASTERN</u> District of <u>MICHIGAN</u>

Case number <u>16-46249-tjt</u>

## Official Form 410S1
# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

**Court claim no**. (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 4638

**Date of payment change:** 4/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $835.92
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $124.04         New escrow payment: $127.03

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate: _____         New interest rate: _____

   Current principal and interest payment:    New principal and interest payment:

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment             New mortgage payment:

Debtor 1 Carter Williams, III dba CW III Computer Services  Case number *(if known)* 16-46249-tjt
         Print Name   Middle Name   Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Erin Elam                          Date      02/18/2020
  Signature

Print        Erin Elam                                         Title    Authorized Agent for Creditor
             First Name    Middle Name    Last Name

Company      Robertson, Anschutz, Schneid & Crane LLC

Address      10700 Abbott's Bridge Road, Suite 170
             Number   Street

             Duluth  GA 30097
             City                         State    ZIP Code

Contact Phone  470-321-7112                                    Email    eelam@rascrane.com

Carter Williams, III
dba CW III Computer Services,
Debtor.
_____

BK Case 16-46249-tjt
Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____February 24, 2020_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Charles J. Schneider
39319 Plymouth Rd.
Suite 1
Livonia, MI 48150

Carter Williams, III
2150 Chevrolet St.
Ypsilanti, MI 48198

Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

Robertson, Anschutz, Schneid & Crane LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: __/s/ Kristin Williams_____
    Kristin Williams
    Krwilliams@rascrane.com



Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

# ESCROW ACCOUNT DISCLOSURE STATEMENT

| | |
|---|---|
| Statement Date: | 01/24/2020 |
| Loan Number: | |
| Current Payment Amount: | $832.93 |
| New Payment Amount: | $835.92 |
| New Payment Effective Date: | 04/01/2020 |

Property Address: 2150 CHEVROLET ST
YPSILANTI MI 48198

CARTER WLLIAMS
MONICA L WILLIAMS
C/O NICHOLAS DONITHORNE CHAMBE
39319 PLYMOUTH RD STE 1
LIVONIA MI  48150-1059

Hello!

At Caliber Home Loans, we examine your escrow account at least annually to make sure there is enough money in your account to cover your tax and/or insurance payments. This review accounts for any increases or decreases in your taxes or insurance that can result in changes to your payment amount. The following outlines your actual escrow account activity since your previous disclosure or initial disclosure and the anticipated activity for the next 12 months.

To view differences between your current payment and new payment, please refer to Section 1 below. To view changes in your escrow account, please refer to Section 3 of this statement.  Section 2 includes changes that are anticipated over the next 12 months, while Section 3 displays your history as of the last escrow analysis.

## Section 1 - Payment Breakdown

This section provides a breakdown of both your current and new payment which will become effective 04/01/2020.

| Payment Breakdown | Current Payment | New Payment Effective 04/01/20 |
|---|---|---|
| Principal & Interest | $ 708.89 | $ 708.89 |
| Base Escrow Payment | $ 124.04 | $ 127.03 |
| Shortage Payment | $ 0.00 | $ 0.00 |
| Surplus Adjustment | $ 0.00 | $ 0.00 |
| **TOTAL** | **$ 832.93** | **$ 835.92** |

**If you utilize a bill paying service, please notify them of the payment changes scheduled to occur.**

## Section 2 -  Calculation & Anticipated Escrow Activity

This section displays information regarding your anticipated escrow activity for the next 12 months.

**ANTICIPATED ESCROW BALANCE $2,420.45 – MINIMUM REQUIRED BALANCE $254.06**

To ensure your account maintains enough money for future tax and insurance payments, a cushion is maintained on your loan when applicable, to help avoid a negative balance in your escrow account. This cushion may include up to two months' worth of your base escrow payment to cover increases in your tax or insurance payments. Your escrow balance should not fall below $254.06, which is your cushion amount and required balance. (Mortgage insurance is not included in your cushion calculation.)

| Month of Activity | Anticipated Payments To Escrow | Anticipated Disbursements From Escrow | Description | | Anticipated Balance | Required Balance |
|---|---|---|---|---|---|---|
| | | | | Starting Balance | $2,420.47 | $254.08 |
| 04/2020 | $127.03 | $.00 | | | $2,547.50 | $381.11 |
| 05/2020 | $127.03 | $.00 | | | $2,674.53 | $508.14 |
| 06/2020 | $127.03 | $.00 | | | $2,801.56 | $635.17 |
| 07/2020 | $127.03 | $.00 | | | $2,928.59 | $762.20 |
| 08/2020 | $127.03 | -$521.31 | CITY/TOWN | | $2,534.31 | $367.92 |
| 09/2020 | $127.03 | $.00 | | | $2,661.34 | $494.95 |
| 10/2020 | $127.03 | $.00 | | | $2,788.37 | $621.98 |
| 11/2020 | $127.03 | $.00 | | | $2,915.40 | $749.01 |
| 12/2020 | $127.03 | -$500.25 | CITY/TOWN | | $2,542.18 | $375.79 |
| 01/2021 | $127.03 | $.00 | | | $2,669.21 | $502.82 |
| 02/2021 | $127.03 | $.00 | | | $2,796.24 | $629.85 |
| 03/2021 | $127.03 | -$502.82 | HOMEOWNER INS | | $2,420.45 | $254.06     > |

**For assistance with your payment, please contact Caliber Customer Service at 1-800-401-6587.**



This section itemizes your actual escrow account history since your last escrow analysis or initial disclosure. By comparing previous projections with actual payments and disbursements, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.

| Date | Payment | Deposit | Description | Disbursement | Description | * | Balance | Running |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $248.08 | -$2,451.91 |
| 04/2019 | $124.04 | $222.33 | $.00 | | $.00 | | $372.12 | -$2,229.58 |
| 05/2019 | $124.04 | $444.66 | $.00 | | $.00 | | $496.16 | -$1,784.92 |
| 06/2019 | $124.04 | $222.33 | $.00 | | $.00 | | $620.20 | -$1,562.59 |
| 07/2019 | $124.04 | $438.45 | $.00 | | $.00 | | $744.24 | -$1,124.14 |
| 08/2019 | $124.04 | $648.36 | -$519.85 | CITY/TOWN | -$521.31 | CITY/TOWN | * $348.43 | -$997.09 |
| 09/2019 | $124.04 | $216.12 | $.00 | | $.00 | | $472.47 | -$780.97 |
| 10/2019 | $124.04 | $432.24 | $.00 | | $.00 | | $596.51 | -$348.73 |
| 11/2019 | $124.04 | $432.24 | $.00 | | $.00 | | $720.55 | $83.51 |
| 12/2019 | $124.04 | $216.12 | -$502.34 | CITY/TOWN | -$500.25 | CITY/TOWN | * $342.25 | -$200.62 |
| 01/2020 | $124.04 | $432.24 | $.00 | | $.00 | | $466.29 | $231.62 |
| 02/2020 | $124.04 | $.00 | $.00 | | $.00 | | $590.33 | $231.62 |
| 03/2020 | $124.04 | $.00 | -$466.29 | HOMEOWNER INS | $.00 | | $248.08 | $231.62 |

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587. Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at www.caliberhomeloans.com.